# CERTIFICATION

I, Shahar Cohen, on behalf of Lucid Alternative Fund, LP ("Lucid"), as Chief Executive Officer of Lucid, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Lucid.

2. I have reviewed the Complaint against Five9, Inc. ("Five9") and others alleging violations of the federal securities laws and have authorized its filing.

3. Lucid did not purchase or sell securities of Five9 at the direction of counsel, or in order to participate in any private action under the federal securities laws.

4. Lucid is willing to serve as a representative party on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.

5. Lucid's transactions in the Five9 securities that are the subject of the Complaint during the class period specified therein of June 4, 2024 through the close of trading on August 8, 2024, inclusive, are reflected in Schedule A, attached hereto.

6. For securities retained, Lucid owns and holds legal title to the securities that are the subject of this litigation. For securities sold, Lucid owned and held legal title to the securities that are the subject of this litigation at all relevant times.

7. Lucid has sought to serve as a representative party in a class action filed under the federal securities laws in the last three years in the following:

- *In re SolarEdge Technologies, Inc. Securities Litigation*, No. 1:23-cv-09748 (S.D.N.Y.)

- *Lucid Alternative Fund, LP v. Innoviz Technologies Ltd.*, No. 1:24-cv-01971 (S.D.N.Y.)

- *Lucid Alternative Fund, LP v. Aehr Test Systems, Inc.*, No. 3:24-cv-08683 (N.D. Cal.)

8.      Beyond its *pro rata* share of any recovery, Lucid will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: _____04/12/2024_____

Shahar Cohen
+972 545209400
Lucid Alternative Management
CEO

[Stamp: LUCID ALTERNATIVE FUND, LP CO. 116445 CAYMAN ISLANDS]

_____
Shahar Cohen
Chief Executive Officer
Lucid Alternative Fund, LP

2

**SCHEDULE A**
TRANSACTIONS IN
FIVE9 INC

COMMON STOCK

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/27/2024 | 2,000.00 | 41.83 | ($83,660.00) |
| Purchase | 07/02/2024 | 1,900.00 | 43.09 | ($81,871.00) |
| Purchase | 07/11/2024 | 1,500.00 | 41.40 | ($62,101.35) |
| Purchase | 07/16/2024 | 1,400.00 | 45.03 | ($63,046.06) |
| Purchase | 07/16/2024 | 100.00 | 44.97 | ($4,497.00) |
| Purchase | 07/16/2024 | 600.00 | 44.96 | ($26,976.00) |
| Purchase | 07/16/2024 | 2,301.00 | 44.95 | ($103,426.04) |
| Sale | 08/07/2024 | -1,300.00 | 41.80 | $54,340.00 |

FIVN 8/16/2024 $45.00 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 08/08/2024 | 50.00 | 2.15 | ($10,750.00) |
| Purchase | 08/08/2024 | 30.00 | 2.17 | ($6,512.10) |

FIVN 8/16/2024 $52.50 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 08/08/2024 | -100.00 | 0.54 | $5,400.00 |
| Sale | 08/08/2024 | -60.00 | 0.55 | $3,316.80 |

FIVN 8/16/2024 $55.00 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 08/08/2024 | -50.00 | 0.30 | $1,500.00 |

FIVN 9/20/2024 $37.50 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/24/2024 | 40.00 | 6.36 | ($25,424.00) |
| Purchase | 07/16/2024 | 20.00 | 9.23 | ($18,453.00) |

FIVN 9/20/2024 $50.00 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 06/24/2024 | -40.00 | 1.46 | $5,824.00 |
| Sale | 07/16/2024 | -20.00 | 2.93 | $5,853.00 |

FIVN 10/18/2024 $42.50 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 07/10/2024 | 50.00 | 3.74 | ($18,715.00) |

**SCHEDULE A**
TRANSACTIONS IN
<u>FIVE9 INC</u>

### FIVN 10/18/2024 $45.00 PUT

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 08/06/2024 | -20.00 | 7.90 | $15,800.00 |
| Sale | 08/06/2024 | -10.00 | 7.90 | $7,900.00 |

### FIVN 10/18/2024 $47.50 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/24/2024 | 50.00 | 2.61 | ($13,050.00) |
| Purchase | 07/08/2024 | 50.00 | 2.79 | ($13,936.00) |

### FIVN 10/18/2024 $50.00 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/24/2024 | 19.00 | 1.96 | ($3,726.09) |

### FIVN 10/18/2024 $55.00 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 07/10/2024 | -50.00 | 0.84 | $4,215.00 |

### FIVN 10/18/2024 $57.50 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 06/24/2024 | -50.00 | 0.76 | $3,800.00 |

### FIVN 10/18/2024 $62.50 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 06/24/2024 | -19.00 | 0.51 | $971.09 |
| Sale | 07/08/2024 | -50.00 | 0.49 | $2,436.00 |

### FIVN 11/15/2024 $42.50 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 07/19/2024 | 20.00 | 6.84 | ($13,680.00) |

### FIVN 11/15/2024 $50.00 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 07/19/2024 | -20.00 | 3.79 | $7,580.00 |

### FIVN 12/20/2024 $37.50 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 07/15/2024 | 58.00 | 11.37 | ($65,946.00) |

### FIVN 12/20/2024 $42.50 PUT

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 08/06/2024 | -15.00 | 7.60 | $11,400.00 |

### FIVN 12/20/2024 $55.00 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 07/15/2024 | -58.00 | 3.44 | $19,952.00 |

**SCHEDULE A**
TRANSACTIONS IN
<u>FIVE9 INC</u>

<u>FIVN 1/17/2025 $37.50 CALL</u>

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/28/2024 | 80.00 | 10.61 | ($84,900.80) |

<u>FIVN 1/17/2025 $45.00 CALL</u>

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/24/2024 | 70.00 | 5.00 | ($35,021.70) |

<u>FIVN 1/17/2025 $60.00 CALL</u>

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 06/24/2024 | -70.00 | 1.25 | $8,771.70 |
| Sale | 06/28/2024 | -80.00 | 2.01 | $16,100.80 |

<u>FIVN 12/19/2025 $35.00 CALL</u>

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/24/2024 | 20.00 | 14.03 | ($28,060.00) |

<u>FIVN 12/19/2025 $57.50 PUT</u>

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 06/24/2024 | 25.00 | 18.80 | ($47,000.00) |

<u>FIVN 12/19/2025 $67.50 CALL</u>

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 06/24/2024 | -20.00 | 2.93 | $5,860.00 |