**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Lucid Alternative Fund, LP*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| LUCID ALTERNATIVE FUND, LP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIVE9, INC., MICHAEL BURKLAND, and BARRY ZWARENSTEIN, <br><br> Defendants. | Case No. 5:24-cv-08725-PCP <br><br> CLASS ACTION <br><br> **LEAD PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION REGARDING RELATION** |

-2-

Pursuant to Local Civil Rules 3-12 and 7-11, Lead Plaintiff Lucid Alternative Fund, LP ("Plaintiff") hereby submits this statement of non-opposition to Defendants' Administrative Motion to Consider Whether Cases Should be Related (ECF No. 24).  To be clear, while Plaintiff does not oppose the request insofar as it seeks to assign the purportedly related case to this Court, Plaintiff reserves all rights concerning any additional remedies Defendants may seek.


Dated: March 31, 2025                               Respectfully submitted,

                                                    **BLEICHMAR FONTI & AULD LLP**

                                                    By:  _/s/ Lesley E. Weaver_
                                                    Lesley E. Weaver (Bar No. 191305)
                                                    1330 Broadway, Suite 630
                                                    Oakland, CA 94612
                                                    Telephone: (415) 445-4003
                                                    Facsimile: (415) 445-4020
                                                    lweaver@bfalaw.com

                                                    *Counsel for Lead Plaintiff Lucid Alternative*
                                                    *Fund, LP and Lead Counsel for the Putative*
                                                    *Class*

                                                    **THE LAW OFFICE OF JACOB SABO**
                                                    Jacob Sabo
                                                    22a Mazzeh Street
                                                    Tel-Aviv, Israel
                                                    Telephone (++972) 39070770

                                                    *Additional Counsel for Lead Plaintiff Lucid*
                                                    *Alternative Fund, LP*

LEAD PLAINTIFF'S STATEMENT OF NON-OPPOSITION   CASE NO. 5:24-CV-08725-PCP